IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,

    Defendants.

No. C 09-05357 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on September 3, 2010 on Defendant United States' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **August 6, 2010** and a reply brief shall be filed by no later than August 13, 2010. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 20, 2010

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD et al,

    Plaintiff,

v.

DEPARTMENT OF EDUCATION et al,

    Defendant.

                                     /

Case Number: CV09-05357 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: July 20, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2